[No. 2280, Aug. 24, 1919.]

OZELLA v. ROBERTS, Sheriff, et al.

Appeal from District Court, McKinley County; Raynolds, Judge.

Proceeding by Pete Ozella against R. L. Roberts, sheriff of McKinley county, and another. Judgment for defendants, and plaintiff appeals. Reversed.

A. T. HANNETT and J. W. CHAPMAN, both of Gallup, for appellant.

WILSON & WALTON, of Silver City, and H. C. DENNY, of Gallup, for appellees.

OPINION OF THE COURT.

MERRITT C. MECHEM, District Judge. The judgment in this case is reversed, upon the grounds announced in the opinion of this court filed in No. 2277, Bissetti v. Roberts et al., 25 N. M. 365, 183 Pac. 403.

PARKER, C. J., and ROBERTS, J., concur.

---

[No. 2162, Aug. 6, 1919.]

HOLTON v. JANES.

SYLLABUS BY THE COURT.

1. In a personal injury case, where plaintiff had voluntarily exhibited an injury to his head to the jury for inspection, and the defendant moved the court to compel plaintiff to submit to a physical examination of his head by physicians named by defendant, **held**, it was error to deny defendant's request.                                              P. 377

2. It is a matter of common knowledge, of which courts will take notice, that the question of the impairment of vision is capable of exact demonstration by expert examination.                                              P. 379